UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,     )
            - v. -                  ) **12 Civ. 2600 (GBD)**
                                         )
A 10th CENTURY CAMBODIAN SANDSTONE        ) **NOTICE OF APPEARANCE**
SCULPTURE, CURRENTLY LOCATED AT           )
SOTHEBY'S IN NEW YORK, NEW YORK,          )
                                         )
                Defendant in rem.
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Peter G. Neiman of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, NY 10022, hereby appears on behalf of Claimant Sotheby's in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: April 23, 2012

                                              /s/ Peter G. Neiman_____
                                              Peter G. Neiman
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              399 Park Avenue
                                              New York, NY 10022
                                              Telephone: (212) 295-6487
                                              Facsimile: (212) 230-8888

                                              *Attorney for Sotheby's*