UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                       )
                                                )
                         Plaintiff,             )
             - v. -                             ) 12 Civ. 2600 (GBD)
                                                )
A 10th CENTURY CAMBODIAN SANDSTONE              ) **NOTICE OF APPEARANCE**
SCULPTURE, CURRENTLY LOCATED AT                 )
SOTHEBY'S IN NEW YORK, NEW YORK,                )
                                                )
                         Defendant in rem.      
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Peter G. Neiman of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, NY 10022, hereby appears on behalf of Claimant Ms. Ruspoli di Poggio Suasa in the above-captioned action.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated:  April 23, 2012

/s/ Peter G. Neiman_____
Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 295-6487
Facsimile: (212) 230-8888

*Attorney for Ms. Ruspoli di Poggio Suasa*