UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,                                           )
                                                                    )
                                      Plaintiff,                    )
                        - v. -                                      ) 12 Civ. 2600 (GBD)
                                                                    )
A 10th CENTURY CAMBODIAN SANDSTONE                                  ) **SOTHEBY'S, INC.'S RULE 7.1**
SCULPTURE, CURRENTLY LOCATED AT                                     ) **DISCLOSURE STATEMENT**
SOTHEBY'S IN NEW YORK, NEW YORK,                                    )
                                                                    )
                                      Defendant in rem.             )
------------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, Claimant Sotheby's, Inc. hereby discloses that it is a wholly-owned subsidiary of Sotheby's. Sotheby's is the only publically-held corporation that owns ten percent (10%) or more of Sotheby's, Inc.'s shares.

Dated: April 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　Peter G. Neiman
　　　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　New Yokr, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 295-6487
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 230-8888

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Sotheby's, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2012, a copy of the foregoing Rule 7.1 Disclosure Statement was served by Federal Express on the Office of the United States Attorney for the Southern District of New York, Attn: Sharon Cohen Levin, Assistant United States Attorney, One St. Andrew's Plaza, New York, NY 10007.

_____
Peter G. Neiman