UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,               )
                                                  )
                     Plaintiff,     )
            - v. -                     ) **12 Civ. 2600 (GBD)**
                                                  )
A 10th CENTURY CAMBODIAN SANDSTONE   )
SCULPTURE, CURRENTLY LOCATED AT       )
SOTHEBY'S IN NEW YORK, NEW YORK,     )
                                                  )
                     Defendant in rem.     )
------------------------------------------------------------------- X

## SOTHEBY'S , INC.'s CLAIM OF INTEREST IN THE DEFENDANT IN REM

PLEASE TAKE NOTICE that, pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Sotheby's, Inc. ("Sotheby's") makes its Claim of Interest in the Defendant *in rem* (the "Statue") by and through its attorneys. In support thereof, Sotheby's states as follows:

1.      Sotheby's is a corporation that conducts, *inter alia*, auctions of fine and decorative art from all over the world. Sotheby's offices are located at 1334 York Avenue, New York, NY 10021.

2.      As part of its business of auctioning fine works of art, Sotheby's came into possession of the Statue in or about late April 2010, when it imported the Statue into the United States after entering into a consignment agreement with the Statue's owner, Ms. Ruspoli di Poggio Suasa. Sotheby's has held the Statue ever since.

3.      The Statue depicts a male figure. A photograph of the Statue, which was created by Sotheby's in preparation for an auction, is attached as Exhibit A to the Verified Complaint. This photograph is an accurate depiction of the Statue.

4.      Sotheby's interest in the Statue as the consignee is adversely impacted by the Government's civil forfeiture action and accordingly, Sotheby's submits this Claim of Interest. This Claim of Interest in no way waives Sotheby's right to file an answer and affirmative defenses.

WHEREFORE, through this Claim of Interest, Sotheby's asserts its interest in the Statue and respectfully requests this Court recognize its right to defend its interest in the Statue and determine that Sotheby's is entitled to retain possession as the consignee.

Dated: April 23 2012

Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 295-6487
Facsimile: (212) 230-8888

Brian R. Michael
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5374
Facsimile: (213) 443-5400

*Attorneys for Sotheby's, Inc.*

- 2 -

## **VERIFICATION**

I, Jonathan Olsoff, North American General Counsel for Sotheby's, Inc. and an attorney duly admitted to practice of law in the State of New York, being duly sworn on his oath, deposes and states that he is the duly authorized agent of Sotheby's, Inc. and that, under penalty of perjury, the foregoing Claim of Interest is true and accurate to the best of his knowledge.

Executed this 25 day of April 2012.

Jonathan Olsoff
North American General Counsel
Sotheby's, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23ʳᵈ day of April 2012, a copy of the foregoing Claim of Interest was served by Federal Express on the Office of the United States Attorney for the Southern District of New York, Attn: Sharon Cohen Levin, Assistant United States Attorney, One St. Andrew's Plaza, New York, NY 10007.

Peter G. Neiman

ACTIVEUS 95222714v1