```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                          )
                                                   )
                            Plaintiff,             )
            - v. -                                 )  12 Civ. 2600 (GBD)
                                                   )
A 10th CENTURY CAMBODIAN SANDSTONE                 )
SCULPTURE, CURRENTLY LOCATED AT                    )
SOTHEBY'S IN NEW YORK, NEW YORK,                   )
                                                   )
                            Defendant in rem.      )
------------------------------------------------------------------ X
```

## MS. RUSPOLI'S CLAIM OF INTEREST IN THE DEFENDANT IN REM

PLEASE TAKE NOTICE that, pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Ms. Ruspoli di Poggio Suasa ("Ms. Ruspoli") makes her Claim of Interest in the Defendant *in rem* (the "Statue") by and through her attorneys. In support thereof, Ms. Ruspoli states as follows:

1. Ms. Ruspoli is the owner of the Statue. She came into its possession when her husband (now deceased) purchased the Statue in or about December 1975 in the United Kingdom.

2. The Statue depicts a male figure. A photograph of the Statue, which was created by Sotheby's in preparation for an auction, is attached as Exhibit A to the Verified Complaint. This photograph is an accurate depiction of the Statue.

3. In early 2010, Ms. Ruspoli entered into a consignment agreement with Sotheby's and agreed to export the Statue to the United States for auction. Sotheby's came into possession of the Statue on or about late April 2010 and Sotheby's has held the Statue ever since.

4. Ms. Ruspoli's interest in the Statue as the owner is adversely impacted by the Government's civil forfeiture action and accordingly, Ms. Ruspoli submits this Claim of Interest. This Claim of Interest in no way waives Ms. Ruspoli's right to file an answer and affirmative defenses.

WHEREFORE, through this Claim of Interest, Ms. Ruspoli asserts her interest in the Statue and respectfully requests this Court recognize her right to defend her interest in the Statue and determine that Ms. Ruspoli is entitled to retain title as the owner.

Dated: April 23, 2012

Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 295-6487
Facsimile: (212) 230-8888

Brian R. Michael
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5374
Facsimile: (213) 443-5400

*Attorneys for Ms. Ruspoli di Poggio Suasa*

ACTIVEUS 95230289v1

## VERIFICATION

I, Ms. Ruspoli di Poggio Suasa, verify under penalty of perjury under the laws of the United States of America that the foregoing Claim of Interest is true and accurate to the best of my knowledge.

Executed this 20th day of April 2012.

_____
Ms. Ruspoli di Poggio Suasa

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2012, a copy of the foregoing Claim of Interest was served by Federal Express on the Office of the United States Attorney for the Southern District of New York, Attn: Sharon Cohen Levin, Assistant United States Attorney, One St. Andrew's Plaza, New York, NY 10007.

_____
Peter G. Neiman

ACTIVEUS 95230289v1