UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                     )
                                              )
                            Plaintiff,       )
                - v. -                      ) 12 Civ. 2600 (GBD)
                                              )
A 10th CENTURY CAMBODIAN SANDSTONE  ) **NOTICE OF APPEARANCE**
SCULPTURE, CURRENTLY LOCATED AT     )
SOTHEBY'S IN NEW YORK, NEW YORK,    )
                                              )
                    Defendant in rem.
------------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Brian R. Michael of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071, hereby appears on behalf of Claimant Sotheby's, Inc. in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: April 30, 2012

                                            /s/ Brian R. Michael_____
                                            Brian R. Michael
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            350 South Grand Avenue
                                            Suite 2100
                                            Los Angeles, CA 90071
                                            Telephone: (213) 443-5374
                                            Facsimile: (213) 443-5400

                                            *Attorney for Sotheby's, Inc.*