UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                        )
                                                                 )
                            Plaintiff,              )
                    - v. -                            ) **12 Civ. 2600 (GBD)**
                                                                 )
A 10th CENTURY CAMBODIAN SANDSTONE                               ) **NOTICE OF APPEARANCE**
SCULPTURE, CURRENTLY LOCATED AT                                  )
SOTHEBY'S IN NEW YORK, NEW YORK,                                 )
                                                                 )
                          Defendant in rem.
------------------------------------------------------------------------ X

       PLEASE TAKE NOTICE that Brian R. Michael of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 350 South Grand Avenue, Suite 2100, Los Angeles, CA 90071, hereby appears on behalf of Claimant Ms. Ruspoli di Poggio Suasa in the above-captioned action.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated:  April 30, 2012

                                                 /s/ Brian R. Michael_____
                                                 Brian R. Michael
                                                 Wilmer Cutler Pickering Hale and Dorr LLP
                                                 350 South Grand Avenue
                                                 Suite 2100
                                                 Los Angeles, CA 90071
                                                 Telephone: (213) 443-5374
                                                 Facsimile: (213) 443-5400

                                                 *Attorney for Ms. Ruspoli di Poggio Suasa*