UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,                )
                                          )
                             Plaintiff,   )
            - v. -                        )   12 Civ. 2600 (GBD)
                                          )
A 10th CENTURY CAMBODIAN SANDSTONE        )   STIPULATION AND
SCULPTURE, CURRENTLY LOCATED AT           )   **PROPOSED ORDER**
SOTHEBY'S IN NEW YORK, NEW YORK,          )
                                          )
                       Defendant in rem.  )
------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Claimants Sotheby's, Inc. and Ms. Ruspoli di Poggio Suasa, through their undersigned counsel, that the time for the Claimants to serve and file an answer to the Plaintiff's complaint and/or a motion to dismiss the Plaintiff's complaint is extended from May 14, 2012 to June 5, 2012.

Dated: May 9, 2012

_____
Peter G. Neiman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 295-6487
Facsimile: (213) 230-8888

*Attorney for Sotheby's, Inc. and*
*Ms. Ruspoli di Poggio Suasa*

ACTIVEUS 96190405v1

Dated: May 8, 2012

Alexander Wilson
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of New York
One Andrew's Plaza
New York, NY 10007
Telephone: (212) 637-2453
Facsimile: (213) 637-0421

*Attorney for Plaintiff*

IT IS SO ORDERED.

Dated: MAY 1 1 2012

Hon. George B. Daniels
United States District Judge