UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

A 10TH CENTURY CAMBODIAN SANDSTONE
SCULPTURE, CURRENTLY LOCATED AT
SOTHEBY'S IN NEW YORK, NEW YORK,

                Defendant In Rem.

------------------------------------- x

ORDER

12 CV 2600 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Claimant Sotheby's Inc.'s letter request for a Rule 37.2 conference to seek the Court's assistance with a discovery dispute regarding the production and translation of foreign law is DENIED.

    Any transcription or translation to be provided to the Court by any party must be produced during discovery in a timely manner to any other parties involved in this action.

Dated: New York, New York
       May 14, 2012

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge