**To:** Ghosh-Mazumdar, Anu[Anu.Ghosh-Mazumdar@sothebys.com]
**From:** Emmy Bunker
**Sent:** Tue 6/29/2010 12:01:24 PM
**Importance:** Normal
**Subject:** Re: From Anu re Koh Ker Guardian

Dear Anu,
   I hope so too.
   Take care and best wishes
       Emmy

----- Original Message -----
**From:** Ghosh-Mazumdar, Anu
**To:** Emmy Bunker
**Sent:** Tuesday, June 29, 2010 9:59 AM
**Subject:** RE: From Anu re Koh Ker Guardian

Dear Emmy,

Thanks a lot for your email. Much appreciated!

Hopefully this will help me clear the path with my legal department without any hassles.

Best wishes,

Anu

Anuradha Ghosh-Mazumdar
Assistant Vice President

Indian and Southeast Asian Art

Sotheby's Inc.

1334 York Avenue

New York, NY 10021

Phone: 212-894-1102

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000561

Fax: 212-894-1367

Email: anu.ghosh-mazumdar@sothebys.com

*Estimates and valuations are based on the international art market and assume that property can be offered freely on the international market. Estimates given from photographs are subject to revision following first hand inspection. If you are interested in consigning the property to Sotheby's, please be aware that you are responsible for complying with any applicable local laws regarding export and import matters. If you are unfamiliar with your local law, please contact us for assistance.*

---

**From:** Emmy Bunker [mailto:ebunker@wyoming.com]
**Sent:** Monday, June 28, 2010 10:59 AM
**To:** Ghosh-Mazumdar, Anu
**Subject:** Re: From Anu re Koh Ker Guardian

Dear Anu,

    Have finally recovered from jet-lag and here is what I found out in Phnom Penh from my culture spies and the museum director.

    Simon Warrick who wrote the report about the Kok Ker site is a Brit who was hired by a German Archaeological Survey team to do a photographic survey for informational purposes.

    Of course I did not ask the ex-museum director, Hab Touch, who is now in the Ministry of Culture andthing specific about the Guardian figure that Sotheby is proposing to sell, but there are no plans at all for Cambodia or the National Museum of Cambodia in Phnom Penh to attempt to ask for the return of anything at the Norton Simon Museum or the Met etc. They would also have to ask for all the Khmer material in the Guimet, and they want to continue to get French support etc.

    I think that Sotheby can therefore go ahead and plan to sell the Koh Ker Guardian, but perhaps not good to show or mention the feet still *in situ* at Koh Ker in the catalogue.

    I would be happy to consider the lecture again under those circumstances. I think the major Cultural Property thrust in Cambodia now is to stop all current looting, and smuggling. US Customs recently found several Khmer pieces coming into the US, confiscated them, and returned them to Phnom Penh while I was there with great hoopla and religious blessings.

    I think what I will stress, if you still want me to talk, is the importance of the figure and how matching it to the Norton Simon piece helps us to understand who he is, as he really isn't just a guardian figure. It would also be fun to equate his pose to certain confrontation figures in Khmer Dance that use body-language to convey their message, as the actors don't talk in those performances but do tell a story.

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000562

I think it best that you know all this, but think that legally and ethically you can happily sell the piece, and since it is probably the last chance to buy such a treasure, should get a very good price. I think that putting it in auction next spring is better than this fall. Better audience.

Let me know if there is anything else I can do for you guys.

all the best

Emmy


----- Original Message -----

**From:** Ghosh-Mazumdar, Anu

**To:** Emmy Bunker

**Sent:** Friday, June 25, 2010 3:47 PM

**Subject:** RE: From Anu re Koh Ker Guardian


Dear Emmy,

It was very nice to chat with you (as always) this morning.

Thank you SO much for your invaluable comments and help regarding this matter.

It is a great relief for me, my colleagues at Sotheby's and for the consignor of the sculpture to know that the path for its successful sale may now be cleared.

As I mentioned in our conversation, we will have to prove to the legal department that all is well and that we will not be slapped with a claim if the sculpture is offered at auction in March next year.

Could you possibly please summarize in an email to me, the gist of your discussion with Mr. Hab Touche? That would greatly help me prove to my legal department that all is well. I had sent them your original email below about the issue when it first came up. A communiqué from you that closes the loop would be most helpful in settling this matter so that we can move ahead.

Thank you Emmy. Have a wonderful weekend.

Best wishes,

Anu

Anuradha Ghosh-Mazumdar
Assistant Vice President

Indian and Southeast Asian Art

Sotheby's Inc.

1334 York Avenue

New York, NY 10021

Phone: 212-894-1102

Fax: 212-894-1367

Email: anu.ghosh-mazumdar@sothebys.com

*Estimates and valuations are based on the international art market and assume that property can be offered freely on the international market. Estimates given from photographs are subject to revision following first hand inspection. If you are interested in consigning the property to Sotheby's, please be aware that you are responsible for complying with any applicable local laws regarding export and import matters. If you are unfamiliar with your local law, please contact us for assistance.*

---

**From:** Emmy Bunker [mailto:ebunker@wyoming.com]
**Sent:** Tuesday, June 01, 2010 10:26 PM
**To:** Ghosh-Mazumdar, Anu
**Subject:** Re: From Anu re Koh Ker Guardian

Dear Anu,

    I have been doing a little catchup research on Koh Ker, and do not think that you should sell the *Dvarapala* at a public auction. The Cambodians in Phnom Penh now have clear evidence that it was definitely stolen from Prasat Chen at Koh Ker, as the feet are still *in situ* (Read the attached report).  Please do not give this report to anyone outside of Sotheby, as I often have access to such material, and don't want to anger my sources. The two *Dvarapalas* must have stood close together and their feet remain, so it's pretty clear where they came from.

    I think it would be hugely unwise to offer the *Dvarapala* publicly, and I would not really feel comfortable writing it up under the circumstances.  It is also quite possible that the Cambodians might block the sale and ask for the piece back. Maybe the family that owns it, the Lamber Banking family I believe, might want to offer it back to the National Museum of Cambodia as a gesture of good will and save everyone some embarrassment, as I'm sure they are all quite wealthy.

    Talk it over with Zara, and let me know what you decide. Give me a call if you want more details. I'm sorry as I had some exciting things to say about it, but I don't think Sotheby wants this kind of potential problem.

    all the best

        Emmy

----- Original Message -----

**From:** Ghosh-Mazumdar, Anu

**To:** Emmy Bunker

**Sent:** Tuesday, June 01, 2010 12:11 PM

**Subject:** RE: From Anu re Koh Ker Guardian

Dear Emmy,

Thank you for your response.

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000565

I think the lecture should be of 30 minutes length.

1,000 words would be the ideal length of the essay.

Please let me know your fees for the above.

Sincerely,

Anu

Anuradha Ghosh-Mazumdar
Assistant Vice President

Indian and Southeast Asian Art

Sotheby's Inc.

1334 York Avenue

New York, NY 10021

Phone: 212-894-1102

Fax: 212-894-1367

Email: anu.ghosh-mazumdar@sothebys.com

*Estimates and valuations are based on the international art market and assume that property can be offered freely on the international market. Estimates given from photographs are subject to revision following first hand inspection. If you are interested in consigning the property to Sotheby's, please be aware that you are responsible for complying with any applicable local laws regarding export and import matters. If you are unfamiliar with your local law, please contact us for assistance.*

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000566

**From:** Emmy Bunker [mailto:ebunker@wyoming.com]
**Sent:** Friday, May 28, 2010 12:13 PM
**To:** Ghosh-Mazumdar, Anu
**Subject:** Re: From Anu re Koh Ker Guardian

Dear Anu,

I think those dates will work for me. How long would you want the essay to be and how long for the talk? (powerpoint, I would assume, yes?) Give me the details, and I'll let you know monday. I just need to check a few family questions, but sounds good.

cheers

Emmy

----- Original Message -----

**From:** Ghosh-Mazumdar, Anu

**To:** ebunker@wyoming.com

**Sent:** Friday, May 28, 2010 8:33 PM

**Subject:** From Anu re Koh Ker Guardian

Dear Emmy,

Hope all is well at your end. Are you comfortably settled in your new place now?

Emmy I am writing to you with a question. My colleagues and I have been having several discussions over the past month about inviting a Khmer art scholar to write our catalogue essay on the Koh Ker guardian and giving a lecture about the sculpture at our September preview (essay deadline June 30 - July 6 and lecture date Sept 11 or 12).

Would you have the time to do this? I ask because I know you are pursuing other writing and research projects. Would you be able to travel to New York in September? Again, I know you travel to SE Asia around that time of year.

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000567

If you can do our essay and lecture, what would your fees be?

Please do let me know. Thanks Emmy and have a good weekend.

Anu
Anu
Sent from my
Blackberry Wireless Device

*************************************************************************

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.




www.sothebys.com

*************************************************************************

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.819 / Virus Database: 271.1.1/2909 - Release Date: 05/31/10 12:25:00

Internal Virus Database is out of date.
Checked by AVG - www.avg.com
Version: 9.0.829 / Virus Database: 271.1.1/2923 - Release Date: 06/07/10 00:35:00

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000568

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.830 / Virus Database: 271.1.1/2970 - Release Date: 06/29/10 00:35:00

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000569