**To:** Ghosh-Mazumdar, Anu[Anu.Ghosh-Mazumdar@sothebys.com]
**From:** Ghosh-Mazumdar, Anu
**Sent:** Mon 8/9/2010 3:40:31 PM
**Importance:** Normal
**Subject:** RE: From Anu

Emmy in conversation with Anu.

1) Hab is now a bureaucrat and acts like one. He is careful about what he says and what he discusses. This is why I am repeatedly telling you that we should not goad him into doing something.

2) Be prepared for bad press. You will get it no matter what you do as you're selling something so important. If you get bad press it will be from the US – from academics and 'temple huggers' not from Cambodians.

3) The current Director of the National Museum in Cambodia is a person who is familiar with the finances of that institution and hasn't a clue about the art. Hab has told me that Cambodia will not go after the Norton Simon piece which was acquired the same time as yours. Just let sleeping dogs lie.

Anuradha Ghosh-Mazumdar
Assistant Vice President

Indian and Southeast Asian Art

Sotheby's Inc.

1334 York Avenue

New York, NY 10021

Phone: 212-894-1102

Fax: 212-894-1367

Email: anu.ghosh-mazumdar@sothebys.com

*Estimates and valuations are based on the international art market and assume that property can be offered freely on the international market. Estimates given from photographs are subject to revision following first hand inspection. If you are interested in consigning the property to Sotheby's, please be aware that you are responsible for complying with any applicable local laws regarding export and import matters. If you are unfamiliar with your local law, please contact us for assistance.*

---

**From:** Emmy Bunker [mailto:ebunker@wyoming.com]
**Sent:** Monday, August 09, 2010 11:24 AM
**To:** Ghosh-Mazumdar, Anu
**Subject:** Re: From Anu


Dear Anu,

    You caught me traveling. Just arrived in Denver late last night and am of to California early tomorrow. We really need to speak, as there are problems with what you propose.

    I can certainly try to write up something, but you have not told me how long you ant it etc.

    There is NO WAY that I can send what I write to Touch. If this is brought to his attention specifically, now that he is Minister of Culture, he will be forced to do something, and might not make any decision for months. . He has stated that Cambodia will not try to get back the Norton Simon piece, even though the feet have been found at Koh Ker. Sending him the writeup specifically would be like waving a red flag in front of a bull.

    Douglas has already spoken with Zara on the subject, and told her that she should not involve Touch in any of this.

    Please stop calling the figure a Dancer, as it is not dancing. It is a warrior figure that was once in combat with it's oponent at the Norton Simon.

    The piece was obtained legally, so can be legaly sold. No matter what goes on, there is always complaints about cultural property, but it will probably be from academics, not the Cambodians.

    I'll be around today packing up to leave, and won't be back in Colorado/Wyoming until the 17th. PLEASE CALL me on my cell at 307 331 3553.


    cheers

        Emmy

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000618

----- Original Message -----

**From:** Ghosh-Mazumdar, Anu

**To:** Emmy Bunker

**Sent:** Monday, August 09, 2010 2:52 AM

**Subject:** RE: From Anu

Dear Emmy,

I hope you are very well.

Time is flying quickly. I can't believe it is August already! We are busy preparing our upcoming September sale catalogue. We have a very good sale of Modern and Contemporary Indian art including Indian miniature paintings. The auction date is September 16.

Emmy, I am writing to you about our Khmer dancer. Now that we are gradually working to remove all obstacles in the route of its sale in March 2011, we have to get moving with our marketing plan.

Do you think you could work on your essay and complete it by the end of August? Our legal department has suggested that perhaps once you've completed the essay you would like to share it with Mr. Hab purely for intellectual/ art-historical exchange of views. This way he will be properly informed well in advance.

If he doesn't react adversely (within a time span of 7-10 days), then we will first celebrate and then immediately go ahead and prepare our museum packs and send out the packs to all the museums we have listed as targets. This way the museum community will also be informed well in advance and will have enough time to react/ respond before our March sale.

Does this plan sound reasonable to you? Do let me know.

Thank you Emmy!

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000619

Warm regards,

Anu

Anuradha Ghosh-Mazumdar
Assistant Vice President

Indian and Southeast Asian Art

Sotheby's Inc.

1334 York Avenue

New York, NY 10021

Phone: 212-894-1102

Fax: 212-894-1367

Email: anu.ghosh-mazumdar@sothebys.com

*Estimates and valuations are based on the international art market and assume that property can be offered freely on the international market. Estimates given from photographs are subject to revision following first hand inspection. If you are interested in consigning the property to Sotheby's, please be aware that you are responsible for complying with any applicable local laws regarding export and import matters. If you are unfamiliar with your local law, please contact us for assistance.*

---

**From:** Emmy Bunker [mailto:ebunker@wyoming.com]
**Sent:** Monday, July 19, 2010 12:14 PM
**To:** Ghosh-Mazumdar, Anu
**Cc:** Douglas Latchford
**Subject:** Re: From Anu

Dear Anu,

    Your e-mail came just at the right magic moment, as Douglas was having dinner last night with

Hab Touch in Bangkok.

By the way, Touch's name is properly Hab Touch, and in Cambodian fashion, his last name is Hab and first name Touch, and he not a Dr. He reads and speaks some english, not a word of French, but is fluent in Czech.

Zara talked with Douglas last evening, and none of us think that you should write about the Khmer Dancer in the upcoming march sale. He will simply recognize it as a mate to the Norton Simon piece, but, since it was acquired legally, there should be no problem. If you send him a picture etc., then some French might make noises to cover up the fact that they have tons of pieces taken for "research," as stated in the catalogue for the Millennium of Glory show in Washington, and never returned.

I would be perfectly comfortable doing an essay/lecture about the piece for your catalogue, now that Douglas and I have talked with Touch recently about Cultural Patrimony issues. Touch's focus these days is to stop anything from being exported from Cambodia now, not to go after pieces that left years ago when there were no restrictions.

Do talk with Zara and keep me in the loop.

Hope you continue to enjoy the summer.

all the best

Emmy


----- Original Message -----

**From:** Ghosh-Mazumdar, Anu

**To:** Emmy Bunker

**Sent:** Sunday, July 18, 2010 5:11 PM

**Subject:** From Anu


Dear Emmy,

I hope that you are well and are enjoying the summer. I must say I am enjoying the warm spell. On some days the weather here reminds me of Delhi or Bombay. I don't feel homesick at all this summer!

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000621

Emmy, thank you for the information you shared with me earlier re the Govt of Cambodia's policy on illegally exported artifacts. It helped give my legal department a much greater degree of comfort about the possibility of Sotheby's offering the Khmer dancer in our March 2011 sale.

My legal dept had a question and hence my present email.

First of all I was asked if <u>you</u> were now comfortable with the idea of doing an essay/ lecture on our sculpture. When I replied yes, legal asked if it wouldn't be a good idea for either you or Sotheby's to inform Dr. Touch about the highly important Khmer sculpture coming up for sale here next March just so he was aware and wasn't (potentially unpleasantly) surprised when our catalogue crossed his desk or he became aware of this through our website. If we inform him well in advance and provide the full provenance (invoice from 1975 and information that it was seen at Spink's by you and others in 1970 – 1971) wouldn't he appreciate that? It would also place both you and Sotheby's in a strong position vis-à-vis Cambodia, for being completely open with the information. With this behind us we can boldly market the work to all major collectors and institutions worldwide.

Please have a think about this and let me know what you feel.

I understand that Dr. Touch does not speak English but is very comfortable in French. We can certainly write him a letter or an email in French.

I look forward to hearing from you.

Warm regards,

Anu

Anuradha Ghosh-Mazumdar
Assistant Vice President

Indian and Southeast Asian Art

Sotheby's Inc.

1334 York Avenue

New York, NY 10021

Phone: 212-894-1102

Fax: 212-894-1367

Email: anu.ghosh-mazumdar@sothebys.com

*Estimates and valuations are based on the international art market and assume that property can be offered freely on the international market. Estimates given from photographs are subject to revision following first hand inspection. If you are interested in consigning the property to Sotheby's, please be aware that you are responsible for complying with any applicable local laws regarding export and import matters. If you are unfamiliar with your local law, please contact us for assistance.*

*************************************************************************

This email and any files transmitted with it are confidential and

intended solely for the use of the individual or entity to whom they

are addressed. If you have received this email in error please notify

the postmaster at postmaster@sothebys.com.

www.sothebys.com

*************************************************************************

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.839 / Virus Database: 271.1.1/3014 - Release Date: 07/18/10 12:35:00

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTHE-000623