

**KINGDOM OF CAMBODIA**
**Nation Religion King**



United Nations
Educational, Scientific and
Cultural Organization



Cambodian National
Commission for UNESCO

N°: 30 / 11 CAMNAC                                   Phnom Penh, 24 March 2011

Att: Director
Sotheby's New York
1334 York Avenue at 72nd St
New York 10021 (USA)

Dear Sir, Madam,

The Royal Government of Cambodia has been aware for a long time of the disappearance of the Bhima and Duryodhana statues from the PRASAT CHEN (Chen Temple) at the Historic and Archeological site of Koh Ker, Preah Vihear Province, Cambodia.

The Bhima statue now belongs to the Norton Simon Art Foundation, Los Angelos Pasadena, and surfaced in the 2004 publication "Adoration and Glory", The golden Age of Khmer Art by E.C Bucker and D. Latchford, pp. 149- 151 (see annex I)

The Royal Government has now been informed that the Duryodhana will be put for sale at Sotheby's New York (see annex II). As the "piedestal" with the two feet, as illustrated in annex II, is still in situ at the PRASAT CHEN (Chen Temple)at Koh Ker site, it is believed that this statue was illegally removed from the site.

In view of the tremendous historical and archaeological value of the Duryodhana the Royal Government of Cambodia would like to take this opportunity to request Sotheby's to pull the object from sale and to facilitate its return to the Kingdom of Cambodia.

Thank you very much for your kind attention and cooperation.

Sincerely yours,

**TAN THEANY**
Secretary General

**Confidential Treatment Requested by**
**Wilmer Cutler Pickering Hale and Dorr LLP**

SOTH 0000085