

N: 293

PUBLICATIONS
DE
L'ÉCOLE FRANÇAISE D'EXTRÊME-ORIENT

VOLUME XXIX bis

# L'ART KHMÈR CLASSIQUE
MONUMENTS DU QUADRANT NORD-EST

TEXTE

encadrés d'échiffres droites ornées seulement de cimaise et de plinthe. Le surplus de la surface du soubassement est occupé par quatre éléphants placés en diagonale, debout, de 1 m. 50 de haut (fig. 17), et les échiffres ont reçu des lions d'un beau dessin, fort bien assis sur leurs membres postérieurs. La face N. et l'angle N.-O. offrent ensemble, bien conservés, deux lions et un éléphant. Les uns et les autres n'ont que des plinthes simples pour support.

Les bibliothèques, très ruinées, montrent une fausse-porte plate sur la face E. et une porte sur celle de l'Ouest. Les cadres sont nus et les colonnettes, très rongées, se rapprochent du type ordinaire à cinq éléments. La bague secondaire y est encore très simple.

Le gopura E. est traité en tour à deux portes opposées. Il avait une base commune assez haute, puisque sa cimaise règne avec le départ du mur en latérite. Celui-ci montre la forme habituelle en ce groupe, à chaperon en coupe de toit à pans incurvés.

La porte O., du *gopura* E., a des inscriptions[1], par malheur très effacées dans le haut, sur ses piédroits, 44 lignes sur le piédroit S. en sanskrit, 37 sur le piédroit N., en khmèr. L'inscription sanskrite fait l'éloge de Jayavarman IV et mentionne l'érection d'un *liṅga* en l'honneur d'un certain Rājendravarman, frère aîné du roi ; l'autre est une liste de serfs donnés au temple (cf. B.E., XXX, 223).

A l'Est un peu N. du Pr. Damrẽi 269 se rencontre un vestige dit Kŭk Khnå et à 300 m. environ, un tertre de latérite avec un débris de piédestal est le seul reste d'un sanctuaire dont la porte paraît s'être ouverte à l'Est.

Plus loin encore, à 350 m. aux côtés de l'axe, le levé montre deux anciens bassins ; celui du Nord, en longueur N.-S. a 155 m. sur 65 ; celui du Sud, carré, a cette dernière dimension.

En continuant sur 150 m., on rencontre encore un autre bassin qui apparaît coudé en angle droit, l'angle ouvert au Sud-Ouest.

## Prāsàt Čĕn 271 (M. H. 261).

Le Pr. Čĕn ou « *prāsàt* des Chinois » est appelé ainsi à cause d'une mauvaise interprétation d'une sculpture qui se voit à l'entrée ; il se trouve à 2 km. droit au Sud de l'angle S.-O. du Rahàl, à 150 m. à l'Ouest de la piste.

Le temple, orienté à l'Est, se compose (fg. 18) d'un front de trois hautes tours en latérite, accompagné de deux bibliothèques de briques et enfermé dans deux enceintes concentriques dont l'intérieure seule eut des *gopura*,

---

1. Les nouvelles inscriptions du Prāsàt Damrẽi ont été publiées et étudiées par M. Cœdès, *ibid.* (voir plus haut p. 52, n. 1) sous le nº 677, p. 56.

*L'art khmèr classique : quadrant N.-E.*     6

DURYODHANA000347



Fg. 18. — Pr. Čĕn, plan d'ensemble. Éch. : o m. 002 p. m.

DURYODHANA000348

également en briques. Celui de l'Est est inscrit. A l'extérieur de l'angle S.-E. est un *trapăn*.

En avant, des blocs de latérite moulurée, qui gisent sur le sol, suggèrent l'idée d'une chaussée conduisant du *gopura* I E. au *gopura* II E. Entre les murs I et II, d'ailleurs, une série de lignes de blocs de latérite semblent indiquer des soubassements de constructions légères correspondant aux édifices de construction mixte des cours I-II du Prăsăt Thom. A 100 m. en avant à l'Est, au côté N. de l'axe, est une terrasse de latérite placée dans le sens N.-S. en travers.

Les **tours** sont de dimensions et de conservation inégales; celle du centre a près de 7 m. de côté; les autres 5, et elles sont écartées d'axe en axe d'environ 9 m. 50. Leurs baies sont de grande taille et celle de la tour centrale a 1 m. 05 sur 2 m. 20. Cet édifice a sa face principale E. ruinée; elle n'a conservé que sa colonnette S. en place.

La tour S. n'a plus que ses murs E., N. et la moitié du mur O.; la tour N. a perdu sa face Sud.

L'intérieur de ces édifices, carré, possède une corniche à doucine et sa voûte en latérite s'élève assez régulièrement jusqu'au sommet. A la tour S. le linteau vrai à tourillons s'arrête un peu avant d'atteindre la paroi : un surlinteau vient se placer au-dessus et finit à la surface intérieure.

Au dehors, la composition n'a rien de particulier : plan carré, redenté, à fausses-portes et porte. La tour possède une base commune en doucine à cinq profils qu'on voit à la tour centrale en son angle S.-E.; elle pose ici sur un bahut de latérite et est en outre relevée par un autre de grès muni d'un perron à l'Ouest; d'autres ont dû exister devant les diverses baies vraies ou fausses. Le bahut de latérite est petit; le second, en grès, est plus important. L'ensemble est porté par un soubassement de grès très finement exécuté. Il semble n'avoir eu de perrons qu'à l'Est, un devant chaque tour avec des échiffres garnies de *garuda* aux ailes déployées [1].

Les parois des tours sont nues. La corniche est difficile à voir; elle semble répéter la base. Les portes d'entrée ont le cadre mouluré, assemblé d'onglet, large dans le sens E.-O. et soigneusement ciselé. Les colonnettes octogonales montrent la combinaison ordinaire à cinq éléments, plus le dé cubique inférieur; les bagues centrales sont presque pareilles et les nus, coupés par une bande à perles entre deux filets, ont quatre frises inégales. La composition et l'exécution en sont également heureuses. Elles portent de beaux linteaux du type III à frise supérieure et triple mouvement en plan (ph. XXXVII B); ils ont un *garuda* ailé pour motif central : celui-ci domine des *nāga* enlacés à la tour S., quatre perroquets affrontés aux autres tours et tous forment les départs de guirlandes achevées par des volutes de rinceaux. L'ensemble est enfermé entre des pilastres de latérite qui portent un fronton en U renversé assez large et bas, avec l'habituelle crosse garnie intérieure.

---

[1]. Je n'ai pu en retrouver aucun à ma dernière visite; il eût sans doute fallu un débroussaillement plus considérable.

2150

DURYODHANA000349

Les étages étaient ornés de fausses-baies, d'amortissements en *pràsàt* et d'antéfixes au moins de face, les uns et les autres en latérite.

Les bibliothèques, très ruinées, n'avaient pas de fausses-portes à l'Est; seule, la porte O. de celle du Nord est reconnaissable; elle est dans l'esprit ordinaire.

Le gopura I O. est complètement ruiné; on n'y reconnaît que sa porte O. et elle n'est indiquée que par ses montants et par une colonnette de forme habituelle ici. Celui de l'Est paraît avoir été traité en *pràsàt* à deux portes opposées sans portique sur l'axe E.-O.[1]; les portes aux piédroits inscrits y sont formidables et les montants atteignent 4 m. de hauteur. La composition paraît du type courant; les linteaux, qui devaient être énormes, sont enfouis. Des passages latéraux sont réduits à de simples portes dans le mur E. avec composition décorative sur la face extérieure.

L'enceinte II mesure 90 m. E.-O. sur 50 m. N.-S.; ce mur est interrompu à l'Est et à l'Ouest par une large brèche qui doit correspondre à un *gopura* extérieur en construction légère.

Dans les décombres du *gopura* I E. se voit la sculpture qui a donné son nom au monument. C'est un bloc de grès de 1 m. 60 qui représente en ronde bosse le duel de deux singes, sans doute Valin et Sugrīva[2]. Les deux antagonistes combattent à coups de poings. Ils portent le *mukuṭa* et sont vêtus du sampot rayé verticalement avec pan rabattu et pan tombant libre en double ancre; ils ont des pendants d'oreille, bracelets de bras, ceinture sous les seins et sur le sampot, qui, en arrière offre un nœud en papillon; leur queue sort au-dessus et remonte jusqu'à la pyramide du *mukuṭa*. Leurs cheveux forment couvre-nuque au-dessous de cette queue; c'est elle qui fut prise pour une natte de Chinois.

Le *gopura* I E. a eu les piédroits de ses portes inscrits. Celui du Nord dans la porte E. est réduit à une languette restée en place; mais la pièce principale, tombée en avant, portait sur la face toute une inscription; elle est par malheur moins bien conservée qu'on n'eût pu l'attendre de cette position enterrée[3].

Ces inscriptions, notées sous le n° 182 au catalogue Cœdès à tort comme sur piliers, se répartissent ainsi :

Porte E. piédroit N. : restes de 46 lignes sur une centaine;
 »       »       S. renversé : nombreuses demi-lignes en bon état sur une centaine;
Porte O. piédroit N. tombé et cassé en deux morceaux : restes d'assez nombreuses lignes incomplètes sur une centaine;
 »       »       S. en place : restes de quelques lignes sur une

---

1. Je n'ai pas retrouvé à l'intérieur du *gopura* l'enduit signalé par L. de Lajonquière, I.K., I, 362.
2. Il est donné pl. 19 dans l'ouvrage de M. Stern (v. n. 1, p. 18 et dans la pl. XIII B de l'A.A.K., II, 1).
3. C'est le bloc énorme qui a désespéré Aymonier et L. de Lajonquière; nous l'avons fait retourner en 1929 pour l'estampage qui ne put être exécuté qu'en 1930. Le texte en a été publié et étudié par M. Cœdès, *ibid*. (voir plus haut p. 52, n. 1) sous le n° 182, p. 55.

DURYODHANA000350

centaine ; en plus, existent des fragments de piédroits devant le *gopura* E., cinq morceaux d'une ou plusieurs inscriptions qui, sans doute, sont nouvelles, mais peu utilisables [1].

A 200 m. au Nord-Ouest de la piste et à 300 m. au Nord-Est du Pr. Čen 271 sont les restes d'un sanctuaire probablement léger accusé par les débris d'un piédestal 271,2, qui n'a reçu des indigènes aucun nom ; sur sa cuve renversée subsiste le bas d'un *liṅga*.

A l'Ouest de la piste, à 1 km. environ, est un autre groupe de vestiges moins importants. D'abord, en partant du Sud on rencontre à 2 km. S.-O. de l'angle S.-O. du Rahāl le

### Pràsàt Tŭk Kraham 281,12.

C'est un petit sanctuaire en briques fort ruiné, carré, redenté avec trois saillies au lieu de fausses-portes et une porte à l'Est vrai.

L'intérieur est inaccessible. Le peu qu'on en aperçoit n'indique rien de spécial. A l'extérieur, sur un soubassement invisible est une base commune finement profilée en briques dans le système à doucine. Sur la saillie latérale qui tient lieu de fausse-porte est une corniche placée plus bas que celle du corps et de son redent. Le plan supérieur, dont seule une partie est vaguement conservée au Nord, est difficile à déterminer. La porte a un beau cadre assemblé d'onglet, des colonnettes octogonales à cinq éléments dont les trois centraux se différencient seulement par l'épaisseur de la bande plate à losanges. Le nu reçoit deux frises plus fortes aux extrémités et au centre ; elles sont, pour l'une, à une pendeloque et deux demies et, pour l'autre, à deux et deux demies. Ces colonnettes portent un linteau qui paraît avoir été remarquable mais qui est très détérioré. Il n'en reste que le morceau N. où la guirlande se termine en jolie crosse.

### Pràsàt Bòḥ Lohŏṅ 281,13.

A 400 m. au Nord un peu O. du Pr. Tŭk Kraham 281,12, à 1 km. 750 à l'Ouest de la piste est le Pr. Bòḥ Lohŏṅ « le *pràsàt* de la plantation des ricins ».

C'est une enceinte de latérite, presque carrée, au mur ordinaire à chaperon en coupe de toit, percée d'un *gopura* à l'Est vrai. Contre le mur S. s'appuie un édifice Sud à meurtrières au-dessus de la hauteur du chaperon ; il eut un porche léger au Nord indiqué dans le mur pignon N. par les mortaises de ses pannes. Le petit *gopura* fut assez soigné et comportait une porte de grès dont le linteau est effrité.

---

1. Nous apprenons de M. Cœdès le fait suivant : une de ces inscriptions permet de supposer que le monument a été dédié à Viṣṇu, ce qui expliquerait la présence ici du duel des deux singes qui évoque le souvenir du Rāmāyaṇa.

DURYODHANA000351

**Prasat Chen** 271 (M. H. 261).

The Prasat Chen, or "Chinese *prasat*," was given this name as a result of an incorrect interpretation of a sculpture that can be seen at its entry; it is located 2 km directly south of the southwest corner of the Rahal, 150 m to the west of the trail.

The temple, oriented toward the east, is composed (Figure 18) of a façade with three high towers made of laterite, along with two brick libraries, enclosed within two concentric enclosures. Only the interior enclosure had *gopuras,* which were also of brick.

---

1. The new inscriptions from the Prasat Damrei have been published and studied by M. Coedès, *ibid* (see above p. 52 n. 1) under No. 677, p. 56.

— 82 —



Figure 18. Pr. Chen, overall plan. Scale: 0.002 m per m.

DURYODHANA00348

The one on the east side is inscribed. There is a *trapan* on the exterior of the southeast corner.

Ahead, there are some blocks of molded laterite lying on the ground. These suggest the idea of a road leading from *gopura* 1 E to *gopura* II E. There is also, between walls I and II, a set of lines made of laterite blocks, which seem to indicate foundations of lightweight construction corresponding to the buildings of mixed construction in courtyards I and II of Prasat Thom. There is, 100 m ahead to the east, on the north side of the axis, a terrace made of laterite set across it in a north-south direction.

The dimensions and the state of preservation of the towers differ; the center tower measures almost 7 m on a side; the others, 5 m, and, from center to center, they are about 9.50 m apart. Their bays are large, and the bay of the central tower measures 1.03 m by 2.20 m. The east face, the main one, is in ruin; only its south colonette is in place.

The south tower has only its east, north and half of its west walls; the north tower has lost its south face.

The interior of these buildings, which is square, has a molded cornice, and its arch, made of laterite, rises quite regularly up to the top. In the south tower, the true lintel, with trunnions, ends just before it meets the wall; a sub-lintel appears underneath it and ends at the interior surface.

Outside, there is nothing special about the composition: the plan is square and redented, with blind doors and a door. The tower has a molded common base with five profiles that can be seen on the center tower on its south-east corner; it stands here on a low laterite wall and is also emphasized by another wall made of sandstone that features a porch on its west side; there were probably others located in front of the various real or blind bays. The laterite wall is small; the second one, made of sandstone, is larger. The grouping is supported by a very finely executed sandstone foundation. It seems not to have had porches except on the east, one in front of each tower, with the stairwells lined with *garudas* with their wings unfurled.[1]

The walls of the towers are blank. The cornice is difficult to see; it seems to be a counterpart of the base. The entry doors have carefully chiseled molded, mitered frames, and are wide on their east-west axis. The octagonal colonettes display the usual combination of five elements, plus the cube below; the central rings are almost the same, and the blank ones, cut by a pearled band into two threads, have four dissimilar friezes. The composition and the execution of these are equally felicitous. They carry beautiful Type III lintels with upper friezes, and triple *mouvement en plan* [movement in the plane] (ph. xxxvii B); their central motif is a winged *garuda;* this dominates the intertwined *nagas* on the south tower, with four perroquets facing the other towers, all of them being the starting point for garlands formed by volutes of tendrils. The entire grouping is enclosed by laterite pilasters bearing a fairly wide and low pediment shaped like an inverse U, with the usual decorated staff on the inside.

1. On my last visit I was unable to find any: it probably would have required a more extensive cutting of the undergrowth.



DURYODHANA00349

-- 84 --

The stories, at least viewed from the front, were ornamented with blind bays, *prasat*-style cornices and antefixes, all of them made of laterite.

The libraries, which were in extreme ruin, did not have blind doors on the east; only the west door of the northern library is recognizable; it is quite basic in nature.

*Gopura* I W is in complete ruin; only its west gate is recognizable, and it is indicated only by its jambs and by a colonette of the usual shape here. The one on the east appears to have been rendered in *prasat* style, with two opposing doors, without porticos, on the east-west axis[1]; the doors there, with inscribed supporting walls, are amazing, and their jambs are four meters high. The composition appears to be of the regular kind; the lintels, which must have been enormous, are buried. Side passages are reduced to mere doors in the east wall, with a decorative composition on the exterior face.

Enclosure II measures 90 m east-west by 30 m north-south; this wall is interrupted on the east and west by a large gap, which must have been the location of a lightly-constructed exterior *gopura*.

In the rubble of the east *gopura* it is possible to see the sculpture in the round that gave the monument its name. It is a block of sandstone measuring 1.60 m showing two dueling monkeys, probably Valin et Sugriva[2]. The two antagonists are boxing. They are wearing *mukulas* and vertically striped sampots with one end pleated and the other falling freely in a double anchor; they are wearing earrings, armlets, and wide belts below their breasts and over the sampots, tied in back in a butterfly bow; their tails are coming up behind and reaching up to the pyramid shape of the *mukuta*. Their hair forms a neck cover under this tail; and this is what was taken to be a Chinese man's braid.

The doors of *Gopura* I E had inscribed supporting walls. The north jamb of the east door has been reduced to a strip remaining in its place; but the main piece, which has fallen forward, had an entire inscription on its face; unfortunately, it is less well preserved than would have been expected from this buried position.[3]

These inscriptions, identified as No. 182 in the Coedès catalog, incorrectly as if they were on pillars, are distributed thus:

East Door, North jamb: remains of 46 lines out of approximately one hundred;

East Door, South jamb, overturned: numerous half-lines in good condition out of approximately one hundred;

West Door, North jamb, fallen and broken into two pieces: remains of fairly numerous incomplete lines out of approximately one hundred;

West Door, South jamb, in place: remains of a few lines out of approximately one

---

1. I did not find in the interior of the *gopura* the plastering pointed out by L. de Lajonquiere, *I.K.* 1 .362

2. It is given pl. 19 in the work of M. Stern *(v.* n. 1. p. 18 and in pl. XIII B of *V.A.A.K ..II.* i).

3. This is the enormous block that was the despair of Aymonier and L. de Lajonquiere; we brought him back in 1929 for the rubbing that could not be done until 1930. Its inscription was published and studied by M. Coedès, *ibid* (see above, p. 32 n. 1) under No. 182 p. [illegible].

[stamp:]  [illegible]

DURYODHANA00350

-- 85 --

hundred; in addition, there are fragments of jambs in front of the east *gopura,* five pieces with one or more inscriptions that are, doubtless, new, but not very useable.[1]

Two hundred meters to the northwest of the trail, and 300 m northeast of Prasat. Chen 271, there are the remains of a sanctuary that was probably lightly constructed, revealed by the debris of a pedestal, 271.2, which the local people have not named; a bas-relief of a *linga* remains on the overturned chamber.

Approximately 1 km to the west of the trail, there is another group of important remnants. First, departing from the south, one encounters, 2 km south-west of the south-west corner of the Rahal the [text cut off in source].

---

1. We learned the following fact from M. Coedès: one of these inscriptions suggests that the monument was dedicated to Vishnu, which fact would explain the presence here of the two monkeys, which evokes the memory of the *Ramayana*.

DURYODHANA00351