

**REDACTED**

26/03 2022 13:09

FOUNDED 1666

5, 6 & 7. KING STREET,
ST. JAMES'S,
LONDON, SW1Y 6QS

AND AT SCHIFFLÄNDE 12, NECHTPLATZ,
ZURICH, SWITZERLAND

BY APPOINTMENT
TO HER MAJESTY THE QUEEN
MEDALLISTS
SPINK & SON LTD. LONDON

DIRECTORS:
O. F. SPINK
P. J. SPINK
A. E. M. MAYNARD
D. G. LIDDELL
P. D. CHISHOLM

ASSOCIATE DIRECTORS:
E. C. JOSLIN
G. E. MULLEN
A. F. SPINK

BY APPOINTMENT
TO H.R.H. THE DUKE OF EDINBURGH
MEDALLISTS
SPINK & SON LTD. LONDON

TELEPHONE:
01-930 7888 (16 LINES)
CABLES:
SPINK, LONDON SW1
TELEX:
916711

INVOICE No.

**REDACTED**

V.A.T. Reg. No. 238 4488 33

Date...30th December 1975...

A highly important buff sandstone Guardian figure of heroic proportions his legs akimbo wearing a wide aproned pleated dhoti with a fish tail pleat falling down between the legs. He wears a high jewelled crown and jewelled earrings.

Khmer. Koh Ker style. 10th century.

Height: 80 inches                                    £105,000

(£10,000 is to be paid immediately and the balance in three months).

Fax reçu de :    **REDACTED**    26/03/10  13:22  Pg: 2

**Confidential Treatment Requested by**
**Wilmer Cutler Pickering Hale and Dorr LLP**

**SOTH 0000030**