ARRÊTÉ du Gouverneur Général de l'Indochine sur la
conservation des monuments et objets ayant un intérêt histo-
rique ou artistique.

– 9 Mars 1900 –

TITRE PREMIER
Des immeubles et monuments historiques situés en In-
dochine

Article 1er.– Les immeubles par nature ou par desti-
nation, dont la conservation peut avoir, au point de vue de
l'histoire ou de l'art, un intérêt public, seront classés
en totalité ou en partie, par arrêté du Gouverneur Général,
pris sur le rapport du Directeur de l'Ecole française d'Ex-
trême-orient et après avis de la Commission permanente du
Conseil Supérieur de l'Indochine.
Le déclassement aura lieu dans la même forme.

Article 2.– Les immeubles classés faisant partie du
domaine colonial, du domaine local, provincial ou municipal,
ne pourront être aliénés, à peine de nullité de la vente,
qu'après autorisation du Gouverneur Général donnée en Com-
mission permanente du Conseil Supérieur de l'Indochine.

Article 3.– Les immeubles appartenant à des particuli-
liers ne pourront être classés qu'avec le consentement des
propriétaires. L'arrêté qui prononce le classement en déter-
minent les conditions et mentionne l'acceptation de ces con-
ditions par le propriétaire.

Article 4.– L'immeuble classé ne pourra être détruit,
même en partie, ni être l'objet d'un travail de restaura-
tion, de réparation ou de modification quelconque, si le
Gouverneur Général n'y a consenti.

Article 5.– Le classement d'un immeuble n'implique
pas nécessairement la participation de l'Administration aux
travaux de restauration ou de réparation de l'immeuble.

Dans le cas où l'Administration prend à sa charge une
partie de ces dépenses, l'importance de son concours est
fixée en tenant compte de l'intérêt de l'édifice, de son
état de conservation et des sacrifices consentis par son
propriétaire.

Article 6.– Le classement d'un immeuble et l'exécu-
tion par l'Administration de travaux de restauration ou de
réparation n'impliquent pas la participation de l'Adminis-
tration dans les charges résultant des travaux d'entretien
proprement dits.

Article 7.– L'expropriation pour cause d'utilité pu-
blique d'un immeuble classé ne pourra être poursuivi sans
autorisation préalable du Gouverneur Général donnée après
avis de la Commission permanente du Conseil Supérieur de
l'Indochine.

Les servitudes d'alignement et autres qui pourraient
causer la dégradation des monuments ne sont pas applicables
aux immeubles classés.

Article 8.– Les effets du classement suivent les im-
meubles classés, en quelques mains qu'ils passent.

Article......

DURYODHANA00012

Article 9.- Le Gouverneur Général peut, en se confor-
mant à la législation en vigueur en Indochine, poursuivre
l'expropriation des monuments classés ou qui seraient l'ob-
jet d'une proposition de classement refusée par le propriétai
re.

## TITRE II
### Des objets mobiliers

Article 10.- Il sera fait, par les soins du Directeur
de l'Ecole française d'Extrême-Orient, en classement des ob-
jets mobiliers faisant partie du domaine colonial, du domai-
ne local, provincial ou municipal, dont la conservation pré-
sente, au point de vue de l'Histoire ou de l'art, un inté-
rêt public.

Article 11.- Ce classement ne deviendra définitif qu'a-
près approbation du Gouverneur Général, la Commission perma-
nente du Conseil supérieur entendue. Le déclassement, s'il y
a lieu, sera prononcé suivant les formes indiquées à l'arti-
cle 1er pour les immeubles.

Un exemplaire de la liste des objets classés sera dépo-
sé à la Direction des Affaires civiles et au secrétariat de
chacune des Administrations locales de l'Indochine.

Article 12.- Les objets classés et faisant partie du
domaine national sont inaliénables et imprescriptibles.

Article 13.- Les objets classés faisant partie du domai
ne local, provincial ou municipal ne pourront être restaurés,
réparés ni aliénés, par vente, don ou échange qu'avec l'auto-
risation du Gouverneur Général donnée en Conseil Supérieur
de l'Indochine.

Article 14.- Les travaux de quelque nature qu'ils soien
soient, exécutés en violation des articles qui précèdent,
donneront lieu, au profit du domaine, à une action en domma-
ges-intérêts contre ceux qui les auraient donnés ou fait exé-
cuter.

Article 15.- Les objets classés qui auraient été alié-
nés irrégulièrement, perdus ou volés, peuvent être reven-
diqués pendant trois ans, conformément aux dispositions des
articles 2.79 et 2280 du Code civil.

La revendication peut être exercée par les propriétai-
res et, à leur défaut, par le Directeur de l'Ecole française
d'Extrême-Orient.

## TITRE III
### Des fouilles et des découvertes

Article 16.- Lorsque, par suite de fouilles, de travaux
ou de faits quelconques, on aura découvert des monuments, des
ruines, des inscriptions ou des objets pouvant intéresser
l'archéologie, l'histoire ou l'art, sur des terrains appar-
tenant au domaine public, au domaine colonial, local, provin-
cial ou municipal, l'autorité communale devra assurer la con-
servation provisoire des objets découverts et aviser immédia-
tement l'administrateur-chef de la province des mesures qui
auront été prises.

L'administrateur en référera, dans le plus bref délai,
au Gouverneur Général qui statuera sur les mesures définitives
à prendre.

Si la découverte a eu lieu sur le terrain d'un particulier, il sera procédé de même, et le Gouverneur Général pourra, sur et après avis de la Commission permanente du Conseil Supérieur de l'Indochine, poursuivre l'expropriation du dit terrain, en tout ou en partie, pour cause d'utilité publique.

Article 17.- La propriété des objets d'art ou d'archéologie, édifices, bas-reliefs, statues, médailles, vases, colonnes, inscriptions, qui pourraient exister sur ou dans le sol des immeubles faisant partie du domaine national en Indochine ou concédés par le Gouvernement à des particuliers, est réservée au domaine.

## TITRE IV
## Dispositions générales

Article 18.- Tout fonctionnaire public qui, à l'occasion de ses fonctions, découvrira ou recevra un objet susceptible d'être classé comme monument historique devra en aviser immédiatement le Gouverneur Général, qui statuera sur la destination de cet objet, suivant les règles qui précèdent.

Article 19.- Aucun monument historique ne pourra être déplacé en tout ou en partie, sans l'autorisation du Gouverneur Général. Toutefois, le Directeur de l'Ecole française d'Extrême-Orient est autorisé à transporter au musée de l'Indochine tous les objets classés dont la conservation lui paraîtrait nécessiter ce transport.

Article 20.- Aucun monument historique ne pourra être exporté, en tout ou en partie, du territoire de l'Indochine sans l'autorisation du Gouverneur Général. A défaut de cette autorisation, il sera saisi à la sortie, par le Service des Douanes, et le Gouverneur Général statuera sur sa destination suivant les formes prescrites, sans préjudice des poursuites à exercer, s'il y a lieu, contre le contrevenant. Cette disposition est applicable aux objets qui auraient été enlevés des monuments historiques dont ils faisaient partie antérieurement à la promulgation du présent arrêté, ainsi qu'aux objets dissimulés en violation des articles 13 et 15 ci-dessus.

Article 21.- Les autorités locales sont responsables de l'intégrité des monuments historiques en Indochine.

Article 22.- Le Directeur de l'Ecole française d'Extrême-Orient est chargé de la surveillance des monuments historiques et autres antiquités de l'Indochine. Il propose au Gouverneur Général les mesures propres à en assurer la conservation./.

POUR COPIE CONFORME :
Le Chef du 1er Bureau,

DURYODHANA00014

ORDER of the Governor General of Indochina on preservation of monuments and objects of historical or artistic interest.

- March 9, 1900 -

TITLE ONE

On immovable properties and historical monuments located in Indochina

Article 1. - The immovable properties by their nature or their intention whose preservation may possess public interest from a point of view of history or art, shall be classified completely or in part by order of the Governor General, taken in response to the report by the director of the French School for Far Eastern Studies and upon the advice of the permanent commission of the Superior Council of Indochina.
Declassification shall occur in the same form.

Article 2. - The immovable properties classified and constituting a part of the colonial domain, the local, provincial or municipal domain, may only be disposed of on penalty of the nullity of the sale after authorization by the Governor General, given in the permanent commission of the Superior Council of Indonesia.

Article 3. - The immovable properties belonging to private individuals may only be classified with the consent of the owners. The order pronouncing classification and determining the terms and citing the acceptance of these terms by the owner.

Article 4. - The classified immovable property may not be destroyed, even in part, nor may it be the object of any restoration, repair or modification work unless the Governor General has consented to this.

Article 5. - The classification of an immovable property does not necessarily imply the participation of the Administration in restoration or repair work on the immovable property.

In the event that the Administration takes charge of a portion of its expenses, the importance of its contribution is set at keeping account of the building's interest, of its state of preservation and of sacrifices agreed to by the owner.

Article 6. - The classification of an immovable property and the execution by the Administration of restoration or repair work does not imply the participation of the Administration in the charges resulting from maintenance work, strictly speaking.

Article 7. - Expropriation for reasons of public utility of a classified immovable property may not be pursued without prior authorization by the Governor General given upon the advice of the permanent commission of the Superior Council of Indochina.

Alignment easements and other easements that may cause degradation of the monuments are not applicable to classified immovable properties.

Article 8. - The effects of classification follow the classified immovable properties regardless of to whom they may pass.

Article ...

DURYODHANA00012

Article 9. - The Governor General may, in complying with legislation in force in Indochina, pursue the expropriation of classified monuments or those which would be the object of a proposal for classification refused by the owner.

TITLE II
Movable objects

Article 10. - The director of the French School for Far Eastern Studies shall classify movable objects constituting part of the colonial, local, provincial or municipal domain whose current preservation is of public interest from the point of view of history or art.

Article 11. - This classification shall only become definite upon approval by the Governor General, the permanent commission of the Superior Council having been heard. Declassification, where applicable, shall be pronounced according to the forms indicated in Article One for immovable properties.

A copy of the list of classified objects shall be deposited in the office of the Director of Civil Affairs and in the secretariat of each of the local Administrations in Indochina.

Article 12. - The objects classified and constituting part of the national domain shall be inalienable and imprescriptible.

Article 13. - The classified objects constituting part of the local, provincial or municipal domain may only be restored, repaired or disposed of, by sale, donation or exchange, with the authorization of the Governor General given in the Superior Council of Indochina.

Article 14. - Work of whatever kind performed in breach of the preceding articles shall give rise, for the benefit of the domain, to legal action for damage compensation against those who gave them or had them done.

Article 15. - The classified objects that have been disposed of illegally, lost or stolen, may be claimed within three years, in accordance with the provisions of articles [2279] and 2280 of the Civil Code.

The claim may be asserted by the owners and, if they fail to do so, by the director of the French School for Far Eastern Studies.

TITLE III
On excavations and discoveries

Article 16. - If, subsequent to excavations, work or anything else, monuments, ruins, inscriptions or objects of archaeological, historical or artistic interest are discovered on lands belonging to the public domain, the colonial, local, provincial or municipal domain, the community authority must ensure the temporary preservation of the objects discovered and immediately notify the head administrator of the province of the measures taken.

The administrator shall as soon as possible consult with [illegible] who shall decide on the definite measures to be taken.

If ...

DURYODHANA00013

If the discovery was made on the land of a private individual, the procedure shall be the same, and the Governor General may, upon the report of the director of the French School for Far Eastern Studies, and upon the opinion of the permanent commission of the Superior Council of Indochina, pursue expropriation of said land, in full or in part, for reasons of public utility.

Article 17. - Ownership of art or archaeological objects, buildings, bas-reliefs, statues, medals, vases, columns or inscriptions which may exist on or in the soil of immovable properties constituting a part of the national domain in Indochina or granted by the Government to private individuals shall be reserved for the domain.

TITLE IV
General provisions

Article 18. - Any public official who, in the exercise of his office, discovers or receives an object likely to be classified as an historical monument must immediately notify the Governor General who shall decide on what to do with that object according to the preceding rules.

Article 19. - No historical monument may be moved, in full or in part, without the authorization of the Governor General. Nonetheless, the director of the French School for Far Eastern Studies shall be authorized to transport to the Museum of Indochina all of the classified objects whose preservation appears to him to require such transportation.

Article 20. - No historical monument may be exported, in full or in part, from the territory of Indochina without the authorization of the Governor General. In the absence of such authorization, it shall be seized when leaving by the Customs Service and the Governor General shall decide on what to do with it according to the prescribed forms, without prejudice to action to be taken, if applicable, against the perpetrator. This provision shall be applicable to objects which have been taken from historical monuments of which they constituted a part prior to the promulgation of this present order as well as to objects disguised in breach of articles 13 and 15 above.

Article 21. - The local authorities shall be responsible for the integrity of historical monuments in Indochina.

Article 22. - The director of the French School for Far Eastern Studies is responsible for surveillance of historical monuments and other antiquities of Indochina. He shall propose to the Governor General the measures appropriate to ensure their preservation./.

ATTESTING TO AUTHENTICITY OF THE COPY:
The Head of Office 1,

DURYODHANA00014