

DURYODHANA00234



DURYODHANA00235



DURYODHANA00236




DURYODHANA00392



DURYODHANA00393