

# WILMERHALE

June 29, 2012

**By Fax**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Brian R. Michael**

+1 213 443 5374 (t)
+1 213 443 5400 (f)
bel@wilmerhale.com

**SO ORDERED**

The oral argument on Defendant's Motion to Dismiss is scheduled for September 27, 2012 at 10:30 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS

Re: *United States v. A 10th Century Cambodian Sandstone Sculpture, Currently Located At Sotheby's* In New York, New York, No. 12 Civ. 2600 (GBD)

Dear Judge Daniels:

We write on behalf of our clients Sotheby's, Inc. ("Sotheby's") and Ms. Ruspoli di Poggio Suasa ("Ms. Ruspoli") (collectively, "Claimants") in connection with the above-referenced matter.

Attached for the Court's consideration, please find a proposed protective order stipulated to between the parties. We respectfully request that the Court grant the protective order on the terms set forth therein.

Further, the parties have agreed, and respectfully request, that the Court order Claimants may file their reply to the government's opposition (due August 20, 2012) to Claimants' pending motion to dismiss on September 17, 2012. It is our understanding from the Court's chambers that, in response to a request from the parties, the hearing on the motion to dismiss will be set for September 27, 2012.

Respectfully submitted,

Brian R. Michael

Encl.

cc: Alex Wilson (by email)

Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071
Beijing   Berlín   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington