UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

| | |
|---|---|
| THE UNITED STATES OF AMERICA          Plaintiff, | Case No. 12cv2600 |
| -against- | |
| A 10TH CENTURY CAMBODIAN SANDSTONE SCULPTURE          Defendant. | |

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

PETER NEIMAN
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PN1618          My State Bar Number is: 2505634

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
              FIRM ADDRESS: 399 PARK AVENUE, NEW YORK, NEW YORK 10022
              FIRM TELEPHONE NUMBER: 212-230-8800
              FIRM FAX NUMBER: 212-230-8888

NEW FIRM:     FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
              FIRM ADDRESS: 7 WTC, 250 GREENWICH STREET, NY, NY 10007
              FIRM TELEPHONE NUMBER: 212-230-8818
              FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 18, 2012                    /S/ PETER NEIMAN
                                        _____
                                        ATTORNEY'S SIGNATURE