UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUG 20 2012

------------------------------------------------------------- X
UNITED STATES OF AMERICA,       )
                                )
                     Plaintiff, )
         - v. -                 )  12 Civ. 2600 (GBD)
                                )
A 10th CENTURY CAMBODIAN SANDSTONE ) **NOTICE OF WITHDRAWAL OF**
SCULPTURE, CURRENTLY LOCATED AT    ) **APPEARANCE OF BRIAN R.**
SOTHEBY'S IN NEW YORK, NEW YORK,   ) **MICHAEL**
                                )
              Defendant in rem. )
------------------------------------------------------------- X

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Brian R. Michael is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP, and should be removed from the Court's service list with respect to this action. The law firm of Wilmer Cutler Pickering Hale and Dorr LLP continues to serve as Counsel for Sotheby's, Inc., and Ms. Decia Ruspoli di Poggio Suasa through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: August 17, 2012

By: _____
Peter G. Neiman

WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6487
Facsimile: (212) 230-8888

*Attorney for Ms. Decia Ruspoli di Poggio Suasa
and Sotheby's, Inc.*

SO ORDERED

Dated: New York, NY

_____, 2012 AUG 20 2012

_____
Honorable George B. Daniels
Southern District of New York