P.002



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 20, 2012

**SO ORDERED:**

*[signature]*

George B. Daniels, U.S.D.J.

**Dated:** _____

**By Fax**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. A 10th Century Cambodian Sandstone Statue**
12 Civ. 2600 (GBD)

Dear Judge Daniels:

I write with respect to the Government's response to the motion to dismiss filed by Claimants Sotheby's, Inc. and Ms. Ruspoli di Poggio Suasa (the "Motion") in the above-referenced action. On or about June 5, 2012, Claimants' requested and were granted permission to file a memorandum of law of no longer than 30 pages in support of their Motion. The Government will be filing today its response to the Motion, and respectfully requests leave to file a memorandum of law of no longer than 30 pages in support of its response.

The Government has conferred with Peter G. Neiman, Esq., counsel for Claimants, who stated that he consents to the Government's request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Sarah E. Paul
Assistant United States Attorney
Southern District of New York
(212) 637-2326

cc: Peter G. Neiman, Esq. (by email)