# WILMERHALE

September 17, 2012

**SO ORDERED:**
*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 18 2012

Peter G. Neiman

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

**By Facsimile**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. A 10th Century Cambodian Sandstone Sculpture, Currently Located At Sotheby's In New York, New York*, No. 12 Civ. 2600 (GBD)

Dear Judge Daniels:

We write on behalf of our clients Sotheby's, Inc. and its consignor, Ms. Ruspoli di Poggio Suasa in the above captioned litigation. Our clients intend to file a reply to the Plaintiff's opposition to our motion to dismiss the complaint. Because there are multiple independent bases for dismissing the complaint, we respectfully request leave to file a memorandum of law not longer than 24 pages in support of this motion.

We have conferred with Assistant U.S. Attorneys Sarah Paul and Alexander Wilson, counsel for the Plaintiff, who stated that they do not object to this request.

Respectfully submitted,

*/s/ Peter G. Neiman*

Peter G. Neiman

cc: Counsel for the Plaintiff

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington