PREET BHARARA
United States Attorney for the
Southern District of New York

By:  SHARON COHEN LEVIN
 ALEXANDER J. WILSON
 Assistant United States Attorneys
 One St. Andrew's Plaza
 New York, New York 10007
 Tel. (212) 637-1060//2453

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,              :

               Plaintiff,              :     12 Civ. 2600 (GBD)

     - v. -                                 :

A 10th CENTURY CAMBODIAN SANDSTONE   :
SCULPTURE, CURRENTLY LOCATED AT
SOTHEBY'S IN NEW YORK, NEW YORK,       :

           Defendant in rem.          :
------------------------------------ x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declaration of Alexander J. Wilson in Support of the Government's Motion for Leave to File an Amended Complaint, together with the exhibits thereto, the Government's Memorandum of Law in Support of its Motion for Leave to File an Amended Complaint, and upon all papers and prior proceedings herein, the United States of America will move before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, at such time as the Court shall direct, for an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, granting leave to file the Amended

Complaint, attached as Exhibit A to the Declaration of Alexander J. Wilson, and such other relief as the Court may determine to be just and proper.

Dated:  New York, New York
     November 9, 2012

              Respectfully submitted,

              PREET BHARARA
              United States Attorney for the
              Southern District of New York
              Attorney for the Plaintiff
              United States of America

By: _____
   Alexander J. Wilson
   Sharon Cohen Levin
   Assistant United States Attorneys
   Telephone: (212) 637-1060/2453

## CERTIFICATE OF SERVICE

I, Alexander J. Wilson, one of the attorney's for plaintiff United States of America, hereby certify that on November 9, 2012, I caused (i) the foregoing Notice of Motion; (ii) the Government's Memorandum of Law in Support of its Motion for Leave to File an Amended Complaint; and (iii) the Declaration of Alexander J. Wilson in Support of the Government Motion for Leave to File an Amended Complaint to be served on counsel for Claimant's Sotheby's Inc. and Decia Ruspoli di Poggio Suasa by email and through Electronic Case Filing, pursuant to Civil Rule 5.2 of the Local Rules of the United States District Court for the Southern District of New York.

Alexander J. Wilson
Assistant United States Attorney
Telephone: (212) 637-2453