PREET BHARARA
United States Attorney for the
Southern District of New York

By:   SHARON COHEN LEVIN
      ALEXANDER J. WILSON
      Assistant United States Attorneys
      One St. Andrew's Plaza
      New York, New York 10007
      Tel. (212) 637-1060//2453

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                :

          Plaintiff,                        :      12 Civ. 2600 (GBD)

      - v. -                                :

A 10th CENTURY CAMBODIAN SANDSTONE  :
SCULPTURE, CURRENTLY LOCATED AT
SOTHEBY'S IN NEW YORK, NEW YORK,         :

          Defendant in rem.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ALEXANDER J. WILSON IN SUPPORT OF THE GOVERNMENT'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

SOUTHERN DISTRICT OF NEW YORK, ss.:

      ALEXANDER J. WILSON, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.   I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York. I submit this declaration in support of the Government's motion for an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, granting leave to file an amended complaint

2. Attached hereto as Exhibit A is a true and correct copy of a proposed Verified Amended Complaint.[1]

3. Attached hereto as Exhibit B is a true and correct copy of a proposed Order granting leave to file the Verified Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 9, 2012, at New York, New York.

_____
Alexander J. Wilson
Assistant United States Attorney
Southern District of New York

---

[1] The Verification for the attached copy of the Amended Verified Complaint is not signed, as the signatory, Special Agent Daniel Brazier, is unavailable while assisting with the Department of Homeland Security's post-Hurricane Sandy storm recovery efforts. If leave to amend is granted, the filed copy will, of course, include a signed Verification.