

# WILMERHALE

November 26, 2012

**By Fax**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Peter G. Neiman

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: NOV 26 2012

Re: *United States v. A 10th Century Cambodian Sandstone Sculpture, Currently Located At Sotheby's In New York, New York*, No. 12 Civ. 2600 (GBD)

Dear Judge Daniels:

On November 9, 2012, the Government filed a motion seeking leave to amend the complaint in this matter. On behalf of claimants Sotheby's and Ms. Ruspoli, we plan to file an opposition to that motion, but require an additional week – until December 3, 2012 -- to complete our response. Assistant United States Attorney Alex Wilson has indicated he has no objection to this request.

Respectfully submitted,

Peter G. Neiman

cc: Counsel for the Plaintiff (by email)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington