# Exhibit 1

# POWER AND SENSUALITY

## THE BEST OF KHMER SCULPTURE

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000174

# THE FAMOUS ATHLETE from KOH KER

## A GORGEOUS BODY FOR EVERYONE



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

# KOH KER

- In 924, Jayavarman IV usurped the throne and moved the Khmer capital to Koh Ker, far from Yasodhapura, the ancient name of Angkor, to a remote area north of present-day Siem Reap. There he proceeded to build a new capital and instructed the best artisans from all over the Empire to create monumental sacred images that reflected the Khmer state religion that was Hindu, but more important, it mirrored the ruler's enormous conceit and colossal self-esteem.

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000176

# KOH KER - NORTHEAST 0F ANGKOR

Hue
Da Nang
THAILAND
LAOS
Bangkok
CAMBODIA
VIETNAM
Gulf of Siam
Kompong Som
Ho Chi Minh (Saigon)
South China Sea
Gulf of Thailand
South China Sea

Phimai
Mun River
Dangrek Range
Preah Vihear
Vat Phu
Sdok Kok Thom
Koh Ker
Mekong River
Angkor
Preah Khan of Kompong Svay
Tonle Sap Lake
Sambor Prei Kuk
0 25 50 100
kilometres
Khmer Road System
Visible
Partially Visible
Estimated

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000177

# TRIP TO KOH KER

## WHERE ARE WE GOING ?

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000178



# FIRST VIEW OF KOH KER

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000179

# WELCOMING COMMITTEE

In the middle of a rice field

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000180



# THE PYRAMID AT KOH KER

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP



# PRASAT KRAHAM

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000182

# Jayavarman IV's Capital at Koh Ker

BIG EGO – BIG LINGA

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

# MONUMENTAL ELEPHANT



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000184

# WHERE DOES OUR ATHLETE FIT?



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000185

# NORTON SIMON FIGURE
## The Mate To Our Athlete



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000186

# WRONGLY CALLED A DVARAPALA
## PREAH KO DVARAPALA HAS FANGS



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000187