# THE TWO FIGURES
## NOT A PAIR OF DOOR GUARDIANS





Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000188

# WRESTLERS FROM KOH KER
## National Museum of Cambodia



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000189



KOH KER ATHLETE

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000190

**ORIGINAL ORIENTATION**
**CARVED TO FACE EACH OTHER**





Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000191

# French Koh Ker Temple Reconstruction

Clearly shows how Monumental Sacred Images were placed *in situ* before the French and civil disturbances altered the fabulous remains of Koh Ker forever.



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000192

# KHMER COURT DANCE POSE
## SOURCE FOR SCULPTURE POSE





Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000193

# LAST CHANCE TO ACQUIRE
## ONE OF THE BEST KHMER IMAGES



JAYAVARMAN IV IN THE GUISE OF SHIVA AND SKANDA



GUARDIAN FIGURE
METROPOLITAN MUSEUM

TWO OTHER OBJECTS FROM KOH KER

onfidential Treatment Requested by
/ilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000194



SKANDHA



KINNARI

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000195

# A MASTERPIECE FOREVER





First Seen at Spink & Son by your speaker in the late 1960's while visiting London.

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000196



**EASY to LIVE WITH**
BUY IT and TURN THE LIGHT ON

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000197

# TWO OTHER GEMS

## PRE RUP VISHNU HEAD



## BAPHUON SHIVA



Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000198



## DON'T MISS THIS CHANCE TO BUY THE BEST

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

SOTH 0000199