U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 6, 2012

**By Fax**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:

Re: <ins>United States v. A 10th Century Cambodian Sandstone Statue</ins>
12 Civ. 2600 (GBD)

Dear Judge Daniels:

On December 3, 2012, Claimants filed their opposition to the Government's November 9, 2012 motion for leave to file an amended complaint. The Government respectfully requests a four day extension of its time to file a reply brief, from December 10, 2012 to December 14, 2012. I have spoken with Claimants' counsel Peter Neiman, and he has no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Alexander Wilson
Assistant United States Attorney
Southern District of New York
(212) 637-1060/2453/2326

cc: Peter G. Neiman, Esq. (by email)