U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2012

SO ORDERED

*[signature]*
George B. D[aniels]

Dated: DEC 17 2012

**By Fax**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. A 10th Century Cambodian Sandstone Statue**
12 Civ. 2600 (GBD)

Dear Judge Daniels:

The Government intends to file a reply to Claimants' opposition to our motion for leave to file an amended complaint. Claimants have raised multiple bases for denial of the motion on grounds of futility, which require a more extensive response that the ordinary page limit for a reply brief would permit. Accordingly, the Government respectfully requests leave to file a memorandum of law not longer than 20 pages in support of this motion.

The Government has conferred with Peter Neiman, Esq., counsel for Claimants, and he stated that he does not object to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Alexander Wilson
Sharon Cohen Levin
Assistant United States Attorney
Southern District of New York
(212) 637-2453/1060

cc: Peter G. Neiman, Esq. (by email)