PREET BHARARA
United States Attorney for the
Southern District of New York

By:   ALEXANDER WILSON
      Assistant United States Attorneys
      One St. Andrew's Plaza
      New York, New York 10007
      Tel. (212) 637-2453

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :

           Plaintiff,                :         **JURY DEMAND**

      - v. -                           :         12 Civ. 2600 (GBD)

A 10th CENTURY CAMBODIAN SANDSTONE :
SCULPTURE, CURRENTLY LOCATED AT
SOTHEBY'S IN NEW YORK, NEW YORK,     :

           Defendant in rem.          :
------------------------------------ x

      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff United States of America hereby demands trial by jury in this action of all issues so triable.

Dated:   New York, New York
         May 14, 2013

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for the Plaintiff
                                    United States of America

                     By:   _____
                          Alexander J. Wilson
                          Assistant United States Attorneys
                          Telephone: (212) 637-2453

## CERTIFICATE OF SERVICE

I, Alexander J. Wilson, one of the attorney's for plaintiff United States of America, hereby certify that on May 14, 2013, I caused the foregoing Jury Demand to be served on counsel for Claimant's Sotheby's Inc. and Decia Ruspoli di Poggio Suasa by email and through Electronic Case Filing, pursuant to Civil Rule 5.2 of the Local Rules of the United States District Court for the Southern District of New York.

Alexander Wilson
Assistant United States Attorney
Telephone: (212) 637-2453