

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2013

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 19 2013

**By Fax**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. A 10th Century Cambodian Sandstone Statue**
    12 Civ. 2600 (GBD)

Dear Judge Daniels:

The Government writes regarding the next conference in the above-referenced matter, after conferring with Peter Neiman, counsel for Claimants. All parties are available to attend a conference on July 2, 2013 at 10:30 a.m., which I understand is also a convenient date and time for the Court. Accordingly, the Government respectfully requests that the next conference be scheduled for July 2, 2013 at 10:30 a.m.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: */s/ Sarah E. Paul*
Sarah E. Paul
Assistant United States Attorney
Southern District of New York
(212) 637-2326

cc: Peter G. Neiman, Esq. (by email)