AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

A 10th Century Cambodian............

**APPEARANCE**

Case Number: 12 Civ. 2600 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

September 3, 2013
Date

*[Signature: Christine Magdo]*
Signature

Christine I. Magdo — 2336
Print Name — Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York, New York 10007
City — State — Zip Code

(212) 637-2297 — (212) 637-0421
Phone Number — Fax Number