```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                       )
                                                )
                              Plaintiff,        )
              - v. -                            )  12 Civ. 2600 (GBD)
                                                )
A 10th CENTURY CAMBODIAN SANDSTONE              )
SCULPTURE, CURRENTLY LOCATED AT                 )
SOTHEBY'S IN NEW YORK, NEW YORK,                )
                                                )
                              Defendant in rem. )
------------------------------------------------------------------ X
```

## CLAIMANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR A STAY OF DISCOVERY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Claimants' Motion for Judgment on the Pleadings and for a Stay of Discovery and all other papers herein, claimants Sotheby's, Inc. and Ms. Ruspoli di Poggio Suasa, by and through their undersigned counsel, will move this Court, before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007 at a date and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(c), granting judgment on the pleadings for the claimants and dismissing with prejudice all claims in the Amended Complaint against the defendant in rem; and for an order, pursuant to Federal Rule of Civil Procedure 26(c) staying discovery during the pendency of that motion. The basis for this motion is set forth in the accompanying Memorandum of Law, the Declaration of Peter G. Neiman, the Declaration of Professor Alexandre Deroche, and the exhibits thereto.

Dated: New York, New York
September 9, 2013

Respectfully submitted,

/s/ Peter G. Neiman
Peter G. Neiman
Janet R. Carter
Pablo Kapusta
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY  10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for Claimants Sotheby's, Inc. and Ms. Ruspoli di Poggio Suasa*

**CERTIFICATE OF SERVICE**

I, Peter G. Neiman, one of the attorneys for claimants Sotheby's, Inc. and Ms. Ruspoli di Poggio Suasa, hereby certify that on September 9, 2013, I caused the foregoing (i) Notice of Motion; (ii) Memorandum of Law in Support of Claimants' Motion for Judgment on the Pleadings and for a Stay of Discovery; (iii) Declaration of Peter G. Neiman in Support of Claimants' Motion for Judgment on the Pleadings and for a Stay of Discovery; and (iv) Declaration of Professor Alexandre Deroche to be served on plaintiff's counsel by email and through Electronic Case Filing, pursuant to Civil Rule 5.2 of the Local Rules of the United States District Court for the Southern District of New York.

/s/ Peter G. Neiman
Peter G. Neiman
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY  10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888