

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 4, 2013

**By ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United States v. A 10th Century Cambodian Sandstone Statue**
      12 Civ. 2600 (GBD)

Dear Judge Daniels:

  The Government writes regarding the motion for judgment on the pleadings filed by Claimants Sotheby's Inc. and Ms. Ruspoli di Poggio Suasa ("Claimants") on September 9, 2013 (the "Motion") in the above-referenced matter. The Government is currently due to submit its response to the Motion by November 1, 2013, and to submit any expert reports in support of the Government's response to the Motion by October 30, 2013. However, due to the federal government shutdown (the "Shutdown"), we are not permitted to engage outside contractors, such as experts and translators, in connection with responding to the Motion. Accordingly, the Government respectfully requests that all deadlines with respect to the Motion be extended by the number of days that the Shutdown is in place, plus one additional week.

  I have spoken with Claimants' counsel, Peter G. Neiman, Esq., who has indicated that Claimants consent to tolling these deadlines during the period of the Shutdown, so long as all other deadlines in the case are also tolled during that period. The Government does not object to that request.

  Mr. Neiman has further indicated that Claimants do not agree at this time to an additional one week extension of the Motion related deadlines, beyond the number of days that the

The Honorable George B. Daniels
October 4, 2013
Page 2 of 2


Shutdown is in place. The Government nevertheless is requesting the additional week, to allow for anticipated delays in the resumption of funding once the Shutdown has ended.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

By: __/s/ Sarah Paul_____
    Sarah E. Paul
    Alexander Wilson
    Christine Magdo
    Sharon Cohen Levin
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2326/2453/2297/1060

cc:  Peter G. Neiman, Esq. (by email)