UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA

        -against-

A 10TH CENTURY CAMBODIAN SANDSTONE STATUE,

        Defendant-in-rem.

------------------------------------x

ORDER
13 CV 4058 (GBD)
12 cv 2600

GEORGE B. DANIELS, United States District Judge:

The Government's response to Claimants' motion for judgment on the pleadings (the "Motion") is due 30 days after the federal government shutdown ends. All other deadlines with respect to the Motion are extended accordingly.

Dated: New York, New York
      October 10, 2013

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge