

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 15, 2013

**By Fax**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 7 2013

Re: **United States v. A 10th Century Cambodian Sandstone Statue**
12 Civ. 2600 (GBD)

Dear Judge Daniels:

The Government writes, with the consent of Claimants Sotheby's Inc. and Ms. Ruspoli di Poggio Suasa, to request that the Court adjourn until November 11, 2013 the deadline for filing pre-motion letters related to any anticipated discovery motions in this matter.

At the most recent conference on September 12, 2013, the Court indicated that such letters should be filed by October 12, 2013,[1] and set a conference to address any discovery issues on October 24, 2013. The Government has since been informed by the Court's chambers that the Court's schedule requires that the October 24, 2013 conference be adjourned, preferably until December 10, 11 or 12. In addition, on October 4, 2013, the Government submitted a request to extend all deadlines associated with Claimants' motion for judgment on the pleadings (the "Motion") in light of the federal government shutdown, to which Claimants consented in return for the Government's consent to extending all other deadlines in the case by a similar amount of time. On October 11, 2013, the Court issued an order extending all deadlines associated with the Motion, but not addressing other deadlines.

The parties are conferring and will shortly submit a request with respect to their preferred conference date. Given the delay in the conference until mid-December and the extension of deadlines related to the Motion, however, it will be most efficient for the parties to continue their ongoing discussions regarding discovery disputes in an effort to narrow the issues on which Court intervention will be required. Setting November 11, 2013 as the deadline to file pre-motion letters related to discovery motions will provide time for those discussions to bear fruit, while allowing ample time for the Court to consider the parties' submissions before the mid-

---

[1] Due to the weekend and Columbus Day, that deadline carried forward to today.

The Honorable George B. Daniels
October 15, 2013
Page 2 of 2

December conference. As noted above, Claimants' counsel has consented to this proposed adjournment.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Alexander Wilson
Alexander Wilson
Sarah E. Paul
Christine Magdo
Assistant United States Attorneys
Southern District of New York
(212) 637-2326/2453/2297

cc: Peter G. Neiman, Esq. (by email)