

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 22 2013

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 21, 2013

**By Fax**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **OCT 22 2013**

Re:   **United States v. A 10ᵗʰ Century Cambodian Sandstone Statue**
      12 Civ. 2600 (GBD)

Dear Judge Daniels:

        The Government writes on behalf of both parties to request that the Court adjourn the conference currently schedule for October 24, 2013 until December 10, 2013. The Government understands from the Court's chambers that the Court's schedule requires that the October 24, 2013 conference be adjourned, and that the Court is available on December 10th.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                                 By:   */s/ Alexander Wilson*
                                        Alexander Wilson
                                        Sarah E. Paul
                                        Christine Magdo
                                        Assistant United States Attorneys
                                        Southern District of New York
                                        (212) 637-2326/2453/2297

cc:  Peter G. Neiman, Esq. (by email)