UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA, :

            Plaintiff, : **Order**

           - v. - : 12 Civ. 2600 (GBD)

A 10th CENTURY CAMBODIAN SANDSTONE :
SCULPTURE, CURRENTLY LOCATED AT
SOTHEBY'S IN NEW YORK, NEW YORK, :

           Defendant in rem. :
------------------------------------- x

At the request of all parties to this action, all motion and discovery deadlines are hereby extended for one (1) week.

SO ORDERED:

_George B. Daniels_       NOV 26 2013
The Honorable George B. Daniels      DATE
United States District Judge