UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA

    -against-

A 10TH CENTURY CAMBODIAN SANDSTONE STATUE,

    Defendant-in-rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

~~13-CV-4058~~ (GBD)
12 CV 2600

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for December 10, 2013 is adjourned to February 13, 2014 at 9:30 am.

Dated: New York, New York
      December 9, 2013

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge